AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

ORIGINAL

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)
)
12338 Sunset Park Way, ) Case No. 2:19-MJ-03858
Los Angeles, California 90064 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Sept. 13, 2019  7:45 pm    /s/ *Judge's signature*

City and state:   Los Angeles, CA     Honorable Jean P. Rosenbluth
*Printed name and title*

AUSA: Ashwin Janakiram x2875

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19-MJ-03858 | Date and time warrant executed: 9/16/2019  0700 | Copy of warrant and inventory left with: WARRANT – MALISSA KIEFFER  INV. LIST – FRONT ENTRY |
|---|---|---|

Inventory made in the presence of:
S.A. MARC NELSON / DCIS

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/2019

_Executing officer's signature_

NAK CHOE / SPECIAL AGENT
_Printed name and title_

12:03 PM                                          Inventory Sheets                                          9/18/2019

**Subject:** Residence of JOSEPH KIEFFER  
**Site Address:** 12338 Sunset Park Way, Los Angeles, CA 90064  
**Date:** September 16, 2019

| Item # | Box # | Room # | Location Found | Seizing Agent | Description |
|---|---|---|---|---|---|
| 1 | 1 | B | Desk | Nelson | Receipts/paystubs with Fusion IV; e-mails re: vehicle lease from Vahedi Fusion IV/Axia Distribution Agreement; Lexus receipt |
| 2 | 1 | I-2 | Hallway | Nelson | Manila envelope w/$100 (21) $1 (86) total = $2186 |
| 3 | 1 | M | Nightstand (bottom drawer) | Nelson | $600 in bonds in envelope |
| 4 | 1 | K | Clear Tub/Closet | Nelson | Sheridan Medical documents |
| 5 | 1 | K | Clear Tub/Closet | Nelson | Sheridan Medical documents |
| 6 | 1 | K | Clear Tub/Closet | Nelson | Sheridan Medical documents |
| 7 | 1 | K | Clear Tub/Closet | Nelson | Registration title - 1964 VW Car |
| 8 | 1 | I-2 | Hallway cabinet | Nelson | Genova Diagnostics Antibody Assessment Celiac Profile |
| 9 | 1 | I-2 | Hallway cabinet | Nelson | Core restore 14 day detox kit |
| 10 | 1 | I-2 | Hallway cabinet | Nelson | Axia I Sheridan Medical docs commission reports, payments from Fusion RX |
| 11 | 1 | M | Backpack | Nelson | Image of HP Elitebook 840 contained on a Western Digital 2 TB Hard Drive bearing serial number WCC4M6VN9Z0T |
| 12 | 1 | B | Top of desk/under | Nelson | Image of Dell Insprion contained on a Western Digital 2 TB Hard Drive bearing serial number WCC4M7UV3C2C |
| 13 | 1 | B | Top of desk | Nelson | Image of Seagate Ultra Slim contained on a Western Digital 3 TB Hard Drive bearing serial number WCC7K4HXNFA4 |
| 14 | 1 | B | Handed to SA Choe by J. Kieffer | Nelson | Apple Iphone S Model A1688, FCC ID: BCG-E2946A |
| | | | | | |